Joel W. Baruch SBN 85903
LAW OFFICES OF JOEL W. BARUCH, P.C.
2020 Main Street, Suite 900
Irvine, California 92614-8203
Tel: (949) 864-9662
Fax: (949) 851-3185

JS - 6

Attorneys for Plaintiffs AARON COOPER
& ARTHUR ALVAREZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA- SOUTHERN DIVISION

| | |
|---|---|
| AARON COOPER, an individual, and ARTHUR ALVAREZ, an individual<br><br>Plaintiff,<br><br>VS.<br><br>PENDUM, INC, a Illinois corporation; EFMARK PREMIUM ARMORED, a California corporation; BANTEK WEST, a Colorado corporation; and DOES 1 through 20, Inclusive<br><br>Defendants. | CASE NO. SACV 07- 926 AG (MLGx)<br><br>District Judge: Andrew Guilford<br>Discovery Magistrate: Marc Goldman<br><br>**ORDER OF DISMISSAL**<br><br>Complaint Filed: March 23, 2007<br>Trial Date: September 23, 2008 |

Having considered the parties' Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the Court hereby DISMISSES this action. This dismissal shall be with prejudice.

IT IS SO ORDERED.

Dated: May 15, 2008   _____
Andrew Guilford
United States District Judge

(PROPOSED) **ORDER OF DISMISSAL**
1